UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN H. GARVEY )<br>11 School Street, Apt. 11 )<br>Clinton, NJ 08809 )<br> )<br>      Plaintiff )<br> )<br>v. )<br> )<br>U.S. DEPARTMENT OF JUSTICE )<br>600 E Street, N.W. )<br>Washington, DC 20530 )<br> )<br>      Defendant )<br>_____ ) | C.A. No. |

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief which seeks the disclosure and release of agency records improperly withheld from plaintiff by defendant U.S. Department of Justice (DOJ). This is a proceeding in equity.

### Jurisdiction and Venue

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff Martin Garvey is an adult citizen of the State of New Jersey.

4. Defendant DOJ is a Department within the Executive Branch of the United States Government.

1

## Relevant Background

5. On January 29, 2008, Federal Grand Jury No. 07-703, S.D. Fla., indicted Michael Lauer, Martin Garvey, Milton Barbarosh, Laurence Isaacson, and Eric Hauser for stock fraud. *United States v. Lauer et al.*, No.08-20071-Cr.-AJ, S.D.Fla.

6. The district court ordered the proceedings and trial of Garvey and Lauer severed from those of their codefendants.

7. In subsequent and separate trials Lauer and Garvey were acquitted in 2011 and Isaacson was convicted. Isaacson's conviction is presently on appeal in the United States Court of Appeals for the Eleventh Circuit.

8. The Government concealed the existence of certain relevant and important documents that are the subject of this FOIA action.

9. The disclosure of the alleged conflict of interest and the alleged investigation of the conflict did not take place until after the acquittal of Lauer and Garvey.

## FOIA Request

10. Garvey seeks copies of four documents in this action:

   a. The signed and unredacted indictment in *United States v. Lauer et al.*, No.08-20071-Cr.-AJ, S.D.Fla., filed by Grand Jury No. 07-703, S.D. Fla.

   b. The document reflecting or revealing the vote of the grand jurors in ¶ 9(a).

   c. The request for a formal ethics opinion by the Assistant United States Attorney assigned to *United States v. Lauer, supra*, Harold Schimkat, to the General Counsel at the Executive Office for United States Attorneys (or other person) referenced in DE 1223 in *United States v. Lauer, supra*. The request for the ethics opinion related to conflicts of interest arising out of the employment of Mr. Schimkat's spouse at the law firm of Carlton Fields.

2

d. The actual ethics opinion issued by the General Counsel at the Executive Office for United States Attorneys (or other person) identified in ¶ 9(c).

**Plaintiff's FOIA Request and Defendant's Failure to Comply Timely**

10. On September 20 & 24, 2013, plaintiff filed two FOIA requests with Executive Form DOJ-361, to Ms. Susan Gerson, Assistant Director, Executive Office for United States Attorneys, Freedom of Information & Privacy Staff, 600 E Street, N.W., Suite 7300, Washington, DC 20530-0002, for the four documents described above. Plaintiff offered to pay the reasonable expenses of providing the documents requested.

11. On October 22, 2013, defendant confirmed receipt of the two requests as No. 13-3567 and No. 13-3568.

12. When more than twenty working days passed without a responsive answer, plaintiff mailed a follow-up letter dated December 3, 2013 to the above-described person and address pointing out the department's delinquency.

13. When more than twenty additional working days passed without a responsive answer, plaintiff sent a third letter on January 6, 2014, once again pointing out the department's delinquency. More than twenty working days have transpired since plaintiff's third letter.

14. The DOJ has not refused the request for the documents plaintiff requests, has not requested further information from plaintiff, has not provided the documents plaintiff requests, and has not provided a date certain when it will decide whether or not to provide the documents plaintiff requests, notwithstanding the FOIA's requirement of an agency or department response within twenty working days, and plaintiff's efforts.

15. Plaintiff has exhausted the applicable administrative remedies with respect to his FOIA request.

16. The DOJ has wrongfully withheld the requested records from plaintiff.

### **Requested Relief**

WHEREFORE, plaintiff prays that this Court:

    A.    Order defendant to produce the requested records in their entireties and make legible and unredacted copies available to plaintiff or, if the documents do not exist, so state;

    B.    Provide for expedited proceedings in this action;

    C.    Award plaintiff his costs and reasonable attorneys' fees incurred in this action; and

    D.    Grant such other relief as this Court may deem just and proper.

Respectfully submitted,

*/s/ David M. Dorsen*

DAVID M. DORSEN
D.C. Bar No. 199653
2900 K Street, N.W.
Suite 500
Washington, DC 20007
202 204-3706
Dorsen35@aol.com

February 10, 2014

4

# CIVIL COVER SHEET

JS-44 (Rev. 7/13 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| MARTIN H. GARVEY<br>11 School St., Apt. 11<br>Clinton, NJ 08809 | U.S. DEPARTMENT OF JUSTICE<br>600 E Street, N.W.<br>Washington, DC 20530 |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>David M. Dorsen, Esq.<br>Suite 500<br>2900 K St., N.W.<br>Washington, DC 20007 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*
☐ 410 Antitrust

○ **B.** *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*
☐ 151 Medicare Act

Social Security
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

● **E.** *General Civil (Other)* OR ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 27 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Conditions
☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**Other Statutes**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions
☐ 470 Racketeer Influenced & Corrupt Organization

☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 850 Securities/Commodities/Exchange
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. § 552; SEEKING DOJ RECORDS UNDER FOIA

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ _____  JURY DEMAND: YES ☐  NO ☐  Check YES only if demanded in complaint

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form

DATE: 02/11/2014  SIGNATURE OF ATTORNEY OF RECORD: [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of the case.

VI. CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARTIN H. GARVEY )
_____ )
*Plaintiff* )
 )
v. ) Civil Action No.
 )
U.S. DEPARTMENT OF JUSTICE )
_____ )
*Defendant* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID H. DORSEN, ESQ.
SUITE 500
2900 K ST., N.W.
WASHINGTON, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARTIN H. GARVEY
*Plaintiff*

v.  Civil Action No.

U.S. DEPARTMENT OF JUSTICE
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
U.S. DEPARTMENT OF JUSTICE
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY
555 4TH ST., N.W.
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID H. DORSEN, ESQ
SUITE 500
2900 K ST., N.W.
WASHINGTON, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*